UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SUDHEESH NAMBIAR,<br><br>Defendant. | Case No. 26-cv-03203-NW<br><br>**CASE MANAGEMENT AND PRETRIAL ORER (JURY)**<br><br>Re: ECF No. 1 |

The Court reviewed the parties' Joint Case Management Conference Statement and issues this Case Management and Pretrial Order. The July 28, 2026, Case Management Conference is VACATED.

The parties have not yet reached an agreement regarding an ADR process. The parties are ORDERED to meet and confer within 10 days of this Order to elect either private mediation or court-sponsored mediation, either of which must be completed by no later than May 7, 2027. If the parties cannot reach an agreement, the parties will be referred to court-sponsored mediation. The parties shall file stipulation and proposed order selecting an ADR process by July 27, 2026.

United States District Court
Northern District of California

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Deadline to Complete ADR:<br>[ ] Court-sponsored mediation<br>[ ] Court-sponsored ENE<br>[ ] Mag. Judge Settlement Conf.<br>[ ] Private mediation<br>[ ] Private arbitration<br>[ ] Other: | May 7, 2027 |
| Close of Fact Discovery | March 26, 2027 |
| Opening Expert Reports | April 23, 2027 |
| Rebuttal Expert Reports | May 21, 2027 |
| Close of Expert Discovery | June 11, 2027 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: July 02, 2027<br><br>**Responses**: August 25, 2027<br><br>**Replies**: September 08, 2027 |
| Hearing on Dispositive and *Daubert* Motions and Trial Readiness Conference | September 15, 2027 at 11:00 a.m. |
| Deadline to File Joint Pretrial Conference Statement | November 10, 2027 |
| Final Pretrial Conference | November 24, 2027 at 2:00 p.m. |
| Trial | December 13, 2027 at 9:00 a.m. |
| Length of trial | 6 days |

**IT IS SO ORDERED.**

Dated: July 15, 2026

_____
Noël Wise
United States District Judge

United States District Court
Northern District of California

2